IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH L. BROWN, | ) |
|     Plaintiff, | ) |
| v. | )    NO. 10-cv-179-JPG-PMF |
| ZACH ROECHEMAN, JOSH MORRIS, JERRY WOOD, BRAD SMITH, BEN SELLERS, BRYAN CARTER, MIKE HOAGLAND, ALBERTA BROWN and ASHLEY WEBB, | ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  September 19, 2012

                                                     **NANCY ROSENSTENGEL, Clerk of Court**

                                                     **BY: s/Jina Hoyt, Deputy Clerk**


APPROVED:   *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE